# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DROR NISENBAUM,<br>Appellant,<br>vs.<br>FABIANA GAIA-SAMPSON,<br>Respondent. | No. 81622 |
| DROR NISENBAUM,<br>Appellant,<br>vs.<br>FABIANA GAIA-SAMPSON,<br>Respondent. | No. 81809 |

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Rosenblum Law Offices
Onello Law Group
Eighth District Court Clerk